```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF OHIO
                            EASTERN DIVISION
```

Curtis Wright,

    Petitioner,

    v.                                  Case No. 2:12-cv-512

Warden, Nobel Correctional Institution,

    Respondent.

## ORDER

This matter is before the court for consideration of the report and recommendation of the magistrate judge filed on October 30, 2013. The magistrate judge concluded that all of petitioner's claims were procedurally defaulted, and recommended that this action be dismissed.

The report and recommendation specifically advised the parties that the failure to object to the report and recommendation within fourteen days "will result in a waiver of the right to have the district judge review the *Report and recommendation de novo*" as well as "a waiver of the right to appeal the decision of the District Court adopting the *Report and Recommendation*." Doc. 8, p. 15.

Noting that the time period for filing objections to the report and recommendation has expired, and no objections have been filed, the court adopts the report and recommendation (Doc. 8). This action is hereby dismissed.

It is so ordered.

Date: December 30, 2013                  s/James L. Graham
                                        James L. Graham
                                        United States District Judge